```
              IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION

IN RE: JAMES & LOREICA RAGLIN          )
                                       )
James B. Nutter & Company,             )
          Creditor,                    )
                                       )
    vs.                                ) CASE NO. 08B19040
                                       ) JUDGE Manuel Barbosa
JAMES & LOREICA RAGLIN,                )
          Debtor,                      )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes James B. Nutter & Company, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the April 2010 contractual payment and all those thereafter.
2. The following is an itemization of the amounts due on the loan as of April 12, 2010:

   a. Attorney Fees                              $250.00

   b. Payments                                 $1,284.51
      (4/10 balance @ $340.51)
      (5/10 @ $944.00)
   c. Late Charges                               $212.58
      (12/09 – 5/10)
              **Total**                        $1,747.09

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice James B. Nutter & Company rights to collect these amounts will be unaffected.

                                Respectfully Submitted,
                                James B. Nutter & Company

                                /s/Lydia Y. Siu
                                Lydia Y. Siu
                                ARDC#6288604
                                Pierce and Associates, P.C.
                                1 North Dearborn
                                Suite 1300
                                Chicago, Illinois 60602